# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TERRELL REID, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:10-CV-583 CAS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of the United States of America for additional time to file its response to movant Terrell Reid's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence. For cause shown, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the government's motion for extension of time to file its response to movant's § 2255 motion is **GRANTED**. [Doc. 3]

**IT IS FURTHER ORDERED** that the government shall file its response by June 18, 2010.

**IT IS FURTHER ORDERED** that movant shall file his reply memorandum, if any, within thirty (30) days after the government files its response, or the right to file a reply will be deemed waived.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Charles A. Shaw
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  7th  day of June, 2010.